723 A.2d 1023

**In re Linda S. KAISER, Insurance Commissioner of the Commonwealth of Pennsylvania the Mutual Fire, Marine and Inland Insurance Co.**

**In re Claim No. ORPC240, J. Frazier, Claimant/Objector.**

**Appeal of J. Frazier.**

**No. 159 Middle District Appeal Docket 1998**

Supreme Court of Pennsylvania.

Feb. 25, 1999.

### ORDER

PER CURIAM:

**AND NOW**, this 25th day of February, 1999, the appeal is quashed for failure to file briefs.